UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mercy Christian v. Bayer Corporation, et al.* | No. 11-cv-10297-DRH |
| *Michelle Chudzinski, et al. v. Bayer. Corporation, et al* | No. 11-cv-11103-DRH |
| *Jamie Colatruglio, et al. v. Bayer Corporation, et al.* | No. 11-cv-12734-DRH |
| *Nichol Coursen, et al. v. Bayer Corporation, et al.* | No. 11-cv-11096-DRH |
| *Jessica Creso v. Bayer Corporation, et al.* | No. 12-cv-11502-DRH |
| *Nicole DeGregorio, et al. v. Bayer Corporation, et al.* | No. 10-cv-12960-DRH |
| *Jill Downey v. Bayer Corporation, et al.* | No. 12-cv-10834-DRH |
| *Candace L. Fries v. Bayer Corporation, et al.* | No. 09-cv-20013-DRH |
| *Corinna Glick v. Bayer Corporation, et al.* | No. 10-cv-13874-DRH |
| *Patricia Hardy v. Bayer Corporation, et al.* | No. 11-cv-10306-DRH |
| *Elizabeth Jablonski, et al. v. Bayer Corporation, et al.* | No. 10-cv-12267-DRH |
| *Nita Jackson v. Bayer Corporation, et al.* | No. 10-cv-11813-DRH |
| *Shirley Killebrew v. Bayer Corporation, et al.* | No. 10-cv-20394-DRH |
| *Jennifer Kelley v. Bayer Corporation, et al.* | No. 11-cv-12264-DRH |
| *Ashlee Lawrence v. Bayer Corporation, et al.* | No. 11-cv-12269-DRH |

| | |
|---|---|
| *Chantelle Lyon v. Bayer Corporation, et al.* | No. 10-cv-13065-DRH |
| *Heather Manion v. Bayer Corporation, et al.* | No. 09-cv-20048-DRH |
| *Jennifer McLean-Bove, et al. v. Bayer Corporation, et al.* | No. 11-cv-10295-DRH |
| *Tracy Pulkrabek v. Bayer Corporation, et al.* | No. 11-cv-11729-DRH |
| *Katey Selix v. Bayer Corporation, et al.* | No. 10-cv-11691-DRH |
| *Christina Sergi v. Bayer Corporation, et al.* | No. 11-cv-11839-DRH |
| *Bridget Shafer v. Bayer Corporation, et al.* | No. 09-cv-20015-DRH |
| *Marcia Silverman, et al. v. Bayer* | No. 10-cv-11225-DRH |
| *Hayley Simmons v. Bayer Corporation, et al.* | No. 11-cv-12252-DRH |
| *Becky Jo Smith v. Bayer Corporation, et al.* | No. 12-cv-10693-DRH |
| *Janelle Wade v. Bayer Corporation, et al.* | No. 10-cv-11693-DRH |
| *Samantha Joseph v. Bayer Pharmaceuticals Corporation., et al.* | No. 11-cv-10296-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal that have been filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              **BY:**   */s/Caitlin Fischer*
                                                                 **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.10.29 16:17:50 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT